IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CARMEN HENDRICKSON-ATKINSON**                                    **PETITIONER**

**VS.**                       **CASE NO.  5:05CV00099 JMM**

**LARRY NORRIS**                                                   **RESPONDENT**

## ORDER

Before the Court are Petitioner Carmen Hendrickson-Atkinson's objections to the Magistrate Judge's Proposed Findings and Recommended Disposition in which she raises the defense of actual innocence based upon a faulty information.

Because this issue has not been previously addressed by respondent, he is directed to filed a response to the issue of the faulty information on, or before, August 6, 2007.

IT IS SO ORDERED this __19__ day of __July__, 2007.

_____
James M. Moody
United States District Judge