IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CARMEN HENDRICKSON-ATKINSON**
**ADC #706830**                                                                                       **PETITIONER**

**VS.**                        **5:05CV00099 JMM/JTR**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                          **RESPONDENT**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITH PREJUDICE.

Dated this   8   day of   August  , 2007.

_____
UNITED STATES DISTRICT JUDGE